1  LEGAL SERVICES OF NORTHERN CALIFORNIA
   Jennifer Anders-Gable, CSBN 285204
2  505 12th Street
   Sacramento, CA 95814
3  Telephone: (916) 551-2150
4  E-Mail: janders@lsnc.net
   *Attorneys for Plaintiff*
5

6
   PHILLIP A. TALBERT
7  United States Attorney
   MATHEW W. PILE, WSBA No. 32245
8  Associate General Counsel
   Social Security Administration
9  ANDREA BANKS, CSBN 275286
   Special Assistant United States Attorney
10 Social Security Administration
   Office of the General Counsel
11 6401 Security Boulevard
12 Baltimore, MD 21235
   Telephone: (510) 970-4803
13 E-Mail: andrea.banks@ssa.gov
   *Attorneys for Defendant*
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 | BILLIE DOAN,                          | No. 2:22-cv-00084-JDP
19 |                                       |
   |        Plaintiff,                     |
20 |                                       |
   |    v.                                 | **STIPULATION AND [PROPOSED]**
21 |                                       | **ORDER FOR AWARD OF ATTORNEYS**
   | KILOLO KIJAKAZI,                      | **FEES PURSUANT TO THE EQUAL**
22 | ACTING COMMISSIONER OF                | **ACCESS TO JUSTICE ACT**
   | SOCIAL SECURITY,                      |
23 |                                       |
   |        Defendant.                     |
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR AWARD OF ATTORNEYS FEES PURSUANT TO EAJA

1       IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2   attorneys, subject to the approval of the Court, that Billie Doan ("Plaintiff") be awarded attorney
3   fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of
4   nineteen thousand and five hundred dollars ($19,500.00), and zero dollars in ($0) costs. This
5   amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in
6   connection with this civil action, in accordance with 28 U.S.C. §2412 (d) and 28 U.S.C. §1920.

7       After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8   the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9   *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10  attorney fees are subject to any offset allowed under the United States Department of the
11  Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12  determine whether they are subject to any offset.

13      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14  that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15  payment of fees approved to be made payable to Plaintiff's counsel, Legal Services of Northern
16  California, pursuant to the assignment executed by Plaintiff. Payments may be made by check.
17  Any and all payments made shall be delivered to Plaintiff's counsel.

18      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19  attorney fees and does not constitute an admission of liability on the part of Defendant under
20  EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
21  and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
22  and expenses in connection with this action.

23      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
24  Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

25  //
26  //
27  //
28  //

//

                        Respectfully submitted,

Dated: December 4, 2023

                    By:   */s/ Jennifer Anders-Gable*
                             JENNIFER ANDERS-GABLE
                             Attorney(s) for Plaintiff

Dated: December 1, 2023          PHILLIP A. TALBERT
                                       United States Attorney

                    By:   *Andrea Banks**
                             ANDREA BANKS
                             (**Authorized by email dated 12/01/23*)
                             Attorneys for Defendant

**ORDER**

      IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of nineteen thousand and five hundred dollars ($19,500.00), and zero dollars ($0) in costs, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   December 5, 2023                      _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE